UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jiang et al., | |
| Plaintiff(s), | |
| v. | 25-CV-8724 (DEH) |
| United States Citizenship and Immigration Services et al., | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

On October 24, 2025, this Court issued a Notice of Initial Pretrial Conference, ECF No. 8, which scheduled the initial pretrial conference in this matter for December 3, 2025. Additionally, that Order directed the parties to file a joint letter with a proposed Civil Case Management Plan and Scheduling Order by no later than November 27, 2025. The parties have not filed the required materials. Without these, the Court finds that a conference at this time is not an efficient use of judicial resources. The conference currently scheduled for December 3, 2025 at 1 p.m. is **ADJOURNED** and it is hereby **ORDERED** that counsel for all parties appear for a conference with the Court on **December 17, 2025** at **3 p.m.** The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 303964264, followed by the pound (#) sign.

The parties shall submit a joint letter with a proposed Case Management Plan and Scheduling Order by no later than **December 11, 2025**.

SO ORDERED.

Dated:  December 2, 2025
        New York, New York

_____
DALE E. HO
United States District Judge