

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

86 *Chambers Street*
*New York, New York 10007*

December 12, 2025

VIA ECF
Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Jiang, et al. v. United States Citizenship and Immigration Services, et al.*, No.
               **25 Civ. 8724**

Dear Judge Ho:

      This Office represents the Government in the above-captioned action in which Plaintiffs seek an order compelling the Government to process their I-526 Immigration Petition by Alien Entrepreneur. I write respectfully on behalf of the parties to request a forty-five-day extension of time to respond to the complaint from January 5, 2026, to March 6, 2026. The parties also respectfully request that the initial conference presently scheduled for December 17, 2026, be adjourned to a time convenient to the Court and to the parties after the government responds to the Complaint. The extension and adjournment are requested to allow the parties to continue efforts to resolve this matter without further litigation. The Government respectfully suggests that the parties submit a letter to the Court advising of their status a week before the requested answer deadline—February 27, 2026. This is the first request for an extension and adjournment in this case. All parties consent to the requests.[1]

      We thank the Court for its consideration of these requests.

---

[1] On December 2, 2025, the Court ordered the parties to submit a proposed case management plan and scheduling order by no later than December 11, 2025. ECF No. 20. The Government respectfully notes that this action involves "review from administrative agencies" and is therefore exempt from the mandatory scheduling order required by Fed. R. Civ. P. 16(b). *See* Local Civil Rule 16.1.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ *Harry Fidler*
      HARRY K. FIDLER
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2321
      E-mail: harry.fidler@usdoj.gov
      *Attorney for Defendants*

cc:  Counsel of record (via ECF)

Application **GRANTED**.  The initial pretrial conference scheduled for December 17, 2025 is **ADJOURNED** until **March 11, 2026** at **11 A.M**.  The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 303964264, followed by the pound (#) sign.  Absent further order from the Court, all other requirements and deadlines in the Court's prior Order, ECF No. 8, remain in effect.  Defendants shall file a response to the Complaint by **March 6, 2026** and the parties shall file a joint letter appraising the Court of their efforts to resolve the case without further litigation by **February 27, 2026**.  The Clerk of Court is respectfully directed to terminate ECF No. 25.

SO ORDERED.

Dated: December 15, 2025                     Dale E. Ho
New York, New York                            United States District Judge