UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jiang et al.,<br><br>               Plaintiff(s),<br><br>        v.<br><br>United States Citizenship and Immigration Services et al.,<br><br>               Defendant(s). | 25-CV-8724 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On May 15, 2026, this Court issued a Stipulation and Order of Dismissal.  ECF No. 32.

Pursuant to that Order, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: May 20, 2026
      New York, New York

_____
DALE E. HO
United States District Judge